1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROBERTO RENTERIA, JR.

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            )   Case No. 1:11-cr-0173 OWW
                                        )
11                      Plaintiff,      )
                                        )   STIPULATION TO CONTINUE STATUS
12          v.                          )   CONFERENCE HEARING; ORDER
                                        )
13 ROBERTO RENTERIA, JR.,               )   DATE:    September 6, 2011
                                        )   TIME:    9:00 A.M.
14                      Defendant.      )   JUDGE:  Hon. Oliver W. Wanger
   _____ )
15

16         **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

17 Assistant United States Attorney Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal

18 Defender Victor M. Chavez, Counsel for Defendant Roberto Renteria, Jr., that the status conference

19 currently set for August 8, 2011, **may be continued to September 6, 2011 at 9:00 a.m.**

20         This stipulation is proposed by the defense to allow for completion of discovery review.  The

21 requested continuance will conserve time and resources for both counsel and the court.

22         The parties agree that the delay resulting from the continuance shall be excluded in the interests of

23 justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

24 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the

25 best interests of the public and the defendant in a speedy trial.

26 ///

27 ///

28 ///

1              BENJAMIN B. WAGNER
                United States Attorney

2

3 DATED: August 4, 2011     By:  /s/ *Jeremy R. Jehangiri*
                JEREMY R. JEHANGIRI

4              Assistant United States Attorney
                Counsel for Plaintiff

5

6

7              DANIEL J. BRODERICK
                Federal Defender

8

9 DATED: August 4, 2011     By:  /s/ *Victor M. Chavez*
                VICTOR M. CHAVEZ

10             Assistant Federal Defender
              Attorney for Defendant

11             ROBERTO RENTERIA, JR.

12

13

14

15

16             **ORDER**

17

 IT IS SO ORDERED.

18

**Dated:  August 4, 2011**     **/s/ Oliver W. Wanger**

19             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Renteria - Stipulation to Continue
Status Conference Hearing    2