1  BENJAMIN B. WAGNER
   United States Attorney
2  JEREMY R. JEHANGIRI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: 559-497-4000

5  Attorneys for Plaintiff
     United States of America

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  1:11-cr-00173-OWW
                                     )
12                    Plaintiff,     )  STIPULATION AND AGREEMENT TO
                                     )  ADD CONDITION OF RELEASE; **ORDER**
13  v.                               )
                                     )
14  ROBERTO RENTERIA, JR.,           )
                                     )  Honorable Oliver W. Wanger
15                    Defendant.     )
                                     )
16  ────────────────────────────────

17      The United States of America, by and through Assistant United

18  States  Attorney  Jeremy  R.  Jehangiri,  and  Defendant  Roberto

19  Renteria, Jr., by and through his counsel, Victor Chavez, submit

20  this stipulation for the Court's consideration.

21      IT IS STIPULATED AND AGREED:

22      1.   The  parties  request  that  the  Court  add  a  provision  to

23  Defendant Roberto Renteria, Jr.'s currently imposed conditions of pre-

24  trial release.

25      2.   The parties request that the Court order the Pre-Trial Service

26  Office to add the following condition to Defendant's order of release:

27  The defendant shall not engage in business or other activities involving

28  the  receipt  of  other  persons  credit  card  account  information  without

                                     1

1   Court approval.

2      3.    The parties stipulate and agree that all other terms and

3   conditions of pretrial supervision remain in full force and effect.

4      4.    The parties stipulate and agree that a bail review hearing is

5   not necessary to address the proposed additional condition of pre-trial

6   supervision.

7      SO STIPULATED AND AGREED.

8      Dated: August 10, 2011    BENJAMIN B. WAGNER
                                 United States Attorney
9
                                  */s/ Jeremy Jehangiri*
10                               Jeremy R. Jehangiri
                                 Assistant United States Attorney
11

12     Dated: August 10, 2011    */s/ Victor Chavez* (as authorized)
                                 Victor Chavez
13                               Attorney for Defendant
                                 Roberto Renteria, Jr.
14

15

16

17

18                               **ORDER**

19  IT IS SO ORDERED.

20          IT IS SO ORDERED.

21  **Dated:    August 10, 2011**          **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

                                    2