DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO RENTERIA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-0173 LJO |
| *Plaintiff,* | |
| v. | DEFENDANT'S WAIVER OF PERSONAL APPEARANCE |
| ROBERTO RENTERIA, JR., | |
| *Defendant.* | |

    The undersigned defendant Roberto Renteria, Jr., having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to present evidence in his own defense, to appear at status conferences, hereby waives his right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including but not limited to status conference, motions hearing, when a continuance is ordered, and requests the court to allow his attorney to represent his interests in court on such dates, defendant having specifically given said attorney prior verbal authorization to make such appearance on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's matter. Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times.  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Mr. Renteria makes this request because he resides in Bakersfield and repeated travel to Fresno is an economic hardship due to the cost of travel and the need to arrange child care for his four children.

Counsel for Mr. Renteria represents that Assistant U.S. Attorney Jeremy Jehangiri does not oppose this waiver of appearance.

DATED: September 27, 2011    /s/ *Roberto Renteria, Jr.*
ROBERTO RENTERIA , JR.
Defendant

DANIEL J. BRODERICK
Federal Defender

DATED: September 27, 2011    By:   /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
ROBERTO RENTERIA, JR.

## ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived.

IT IS SO ORDERED.

**Dated:   September 27, 2011**         /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE