DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO RENTERIA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-cr-0173 LJO |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE HEARING; ORDER |
| ) | |
| ROBERTO RENTERIA, JR., ) | DATE: December 19, 2011 |
| ) | TIME: 1:00 P.M. |
| Defendant. ) | JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Roberto Renteria, Jr., that the status conference currently set for December 5, 2011, **may be continued to December 19, 2011 at 1:00 p.m.**

This stipulation is proposed by the defense to allow for completion of plea negotiations.  Since the last court appearance the government has made a new plea offer. In addition, defense counsel met with government counsel and the case agent to discuss case evidence.  Defense counsel requests this continuance to complete his case review with the defendant and plea negotiations.  At the next court appearance a plea will be entered or a trial date will be requested.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: December 2, 2011   By: | /s/ *Jeremy R. Jehangiri*<br>JEREMY R. JEHANGIRI<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: December 2, 2011   By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROBERTO RENTERIA, JR. |

**ORDER**

**IT IS SO ORDERED.**

DATED:  December 5, 2011

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Court Judge
Eastern District of California