DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, #13752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO RENTERIA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:11-cr-00173 LJO-2 |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| v. | |
| ROBERTO RENTERIA, JR., | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

The parties, through their respective counsel, Assistant United States Attorney, Jeremy R. Jehangiri, and Assistant Federal Defender, Victor M. Chavez, hereby agree and stipulate that the release conditions of defendant, Roberto Renteria, may be modified as follows:

1. Mr. Renteria may have contact with his wife, former co-defendant, Alia Brost, so long as they do not speak about this case.

2. The financial condition of an unsecured appearance bond in the sum of $7,000 is hereby vacated.  All other conditions of release shall remain in full force and effect.

/ / /

/ / /

/ / /

/ / /

BENJAMIN B. WAGNER
United States Attorney

DATED: May 18, 2012                         By:  /s/ *Jeremy R. Jehangiri*
                                            JEREMY R. JEHANGIRI
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: May 18, 2012                         By:   /s/  *Victor M. Chavez*
                                            VICTOR M. CHAVEZ
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            ROBERTO RENTERIA, JR.


**O R D E R**

IT IS SO ORDERED.

**Dated:   May 18, 2012**                         /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

Renteria/Stipulation to Modify Conditions of
Release; [Proposed] Order                   -2-