JOSEPH SCHLESINGER, #87692
Acting Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO RENTERIA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  1:11-CR-00173 LJO |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE SENTENCING; ORDER |
| ) | |
| v. ) | |
| ) | |
| ROBERTO RENTERIA, JR., ) | DATE:     January 28, 2013 |
| ) | TIME:      8:30 A.M. |
| *Defendant.* ) | JUDGE:   Hon. Lawrence J. O'Neill |
| ) | |

The parties, through their respective counsel, Assistant United States Attorney, Mark  J. McKeon and Assistant Federal Defender Victor M. Chavez hereby stipulate that sentencing may be rescheduled from the current date, January 14, 2013 to January 28, 2013.  Any formal objections shall be filed on January 21, 2013.

Defendant initiated this stipulation because counsel was not able to speak to defendant about the presentence report until today, as he was out of the office for 2 weeks during December.  It is anticipated that changes will be made to the presentence report.

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 9, 2013 | By: /s/ *Mark J. McKeon*<br>MARK J. MCKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | JOSEPH SCHLESINGER<br>Acting Federal Public Defender |
| DATED: January 9, 2013 | By: /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ROBERTO RENTERIA, JR. |

**O R D E R**

IT IS SO ORDERED.

**Dated:   January 9, 2013**          /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

Renteria/Stipulation to Modify Conditions of
Release; [Proposed] Order                    -2-